## Case No. 731.

BAILEY'S CASE.

Circuit Court, District of Columbia.  1821.

[Cited in Channing v. Reiley, Case No. 2,596. Nowhere reported; opinion not now accessible.]